UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

VOX BUSINESS TRUST, LLC,
a Massachusetts Limited Liability Company,

    Plaintiff,                                        CASE NO.: 9:24-cv-80028- AMC

v.

GLOBAL DIGITAL SOLUTIONS, INC.,
a New Jersey Corporation,

    Defendant.
_____/

### DEFENDANT'S CONSENT MOTION TO MODIFY ORDER SCHEDULING MEDIATION (DOC 23)

Defendant, Global Digital Solutions, Inc. ("GDSI" and/or "Defendant") by and through their undersigned counsel, hereby files this Consent Motion to Modify Order Scheduling Mediation (Doc. 23) and as grounds therefore states the following:

1. On or about April 25, 2024, this Court entered its Order Scheduling Mediation wherein the parties are required to mediate the above-styled matter on May 31, 2024, before Robyn S. Hankins.

2. The Joint Notice of Scheduling Mediation was filed with both parties' knowledge of the undersigned counsel's previously scheduled jury trial in the Circuit Court in and for St. Johns County, Florida for May 2024.  It was

the parties' sincere hope that this previously scheduled state court jury trial could and would be resolved so that the mediation could occur on May 31, 2024.

3. Unfortunately, the undersigned counsel's state court matter did not resolve itself and the multi-week jury trial started on May 13, 2024. As a result of this jury trial, the undersigned counsel is unable to proceed with the mediation in this matter on May 31, 2024.

4. The undersigned counsel has contacted counsel for VOX Business Trust, LLC and he has agreed to reschedule the mediation with Robyn Hankins. The parties have worked together to get the mediation rescheduled to one of the first available dates on Robyn Hankins' calendar which looks to be July 26, 2024. The counsel and parties are all available on this date and are only waiting on the approval of this Court.

5. This motion is being filed in good faith and not for the purpose of delay. No party will be prejudiced by the relief requested herein as VOX Business Trust, LLC consents to the relief requested herein.

WHEREFORE, Defendant GDSI hereby respectfully requests this Court enter an order modifying its previous Order Scheduling Mediation (Doc. 23) so that the mediation in this matter can be rescheduled from May 31, 2024 until July 26, 2024.

Dated: May 28, 2024

                                              THE LILES FIRM, P.A.

                                              */s/ Robert B. George*
                                              Robert B. George, Esq.
                                              Florida Bar No. 108995
                                              50 North Laura Street, Suite 1200
                                              Jacksonville, FL 32202
                                              Tel: (904) 634-1100 / Fax: (904) 634-1234
                                              E-mail: rgeorge@thelilesfirm.com
                                                               aperry@thelilesfirm.com

                                              *Counsel for Defendant, Global Digital Solutions, Inc.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail via the CM/ECF portal to the following attorneys of record this 28th day of May, 2024:

Robert W. Wilkins, Esq.
Travis J. Foels, Esq.
Jones Foster P.A.
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401

*Counsel for Plaintiff, Vox Business Trust, LLC*

                                              */s/ Robert B. George*
                                               Attorney