IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.;  9-24-cv-80028-AMC

VOX BUSINESS TRUST, LLC,
a Massachusetts Limited Liability
Company,

      Plaintiff,

v.

GLOBAL DIGITAL SOLUTIONS, INC.,
a New Jersey Corporation,

      Defendant.
_____/

## MEDIATION REPORT

      This matter was mediated before the undersigned mediator on July 26th, 2024.  The mediation was conducted in person, and all parties participated.  The mediation session resulted in an impasse.

Dated: July 29, 2024

                        Respectfully Submitted,

                        *Robyn S. Hankins*
                        Certified Mediator – Florida Supreme Court
                        Florida Bar No. 0008699
                        ROBYN S. HANKINS, P.L.
                        1217 Merlot Dr.
                        Palm Beach Gardens, Fl.  33410
                        Telephone: (561) 721-3890
                        robyn@hankins-law.com
                        scott@hankins-law.com

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:    */s/Robyn Hankins*
             Robyn Hankins