## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

VOX BUSINESS TRUST, LLC,
a Massachusetts Limited Liability Company,

    Plaintiff,                                    CASE NO.: 9:24-cv-80028- CANNON/MCCABE

v.

GLOBAL DIGITAL SOLUTIONS, INC.,
a New Jersey Corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

    Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., the undersigned attorneys for the parties stipulate that any and all claims of the Plaintiff, VOX BUSINESS TRUST, LLC, to Defendant, GLOBAL DIGITAL SOLUTIONS, INC., in the above-entitled cause be dismissed without prejudice, each party to bear their own fees and costs.

    DATED this 6th day of January, 2025.

| /s/Robert W. Wilkins | /s/ Robert B. George |
|---|---|
| Robert W. Wilkins, Esquire | Robert B. George, Esquire |
| Florida Bar No. 578721 | Florida Bar No.: 108995 |
| JONES FOSTER P.A. | THE LILES FIRM, P.A. |
| 505 S. Flagler Drive, Suite 1100 | 50 North Laura Street, Suite 1200 |
| West Palm Beach, FL 33401 | Jacksonville, Florida 32202 |
| Telephone: (561) 650-0404 | Telephone: (904) 634-1100 |
| rwilkins@jonesfoster.com | rgeorge@thelilesfirm.com |
| | aperry@thelilesfirm.com |
| *Counsel for Plaintiff, Vox Business Trust, LLC* | *Counsel for Defendant, Global Digital Solutions*, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2025, I electronically filed the following document with the Clerk of the Court using CM/ECF.

By: /s/ *Robert W. Wilkins*
Robert W. Wilkins
Florida Bar No. 578721

## SERVICE LIST

*Attorneys for Defendant, Global Digital Solutions, Inc.*
THE LILES FIRM, P.A.
50 North Laura Street,
Suite 1200
Jacksonville, FL 32202
Robert B. George, Esq.
(904) 634-1100
(904) 634-1234 (fax
rgeorge@thelilesfirm.com
aperry@thelilesfirm.com

#5958834 v1 32944-00001